UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:26-cv-1263

LINDSEY BROOKE ISAACS

Plaintiff,

v.

TIFFANY JATEFF, Individually,

**Mediation Report**

Defendants.
_______________________________________/

Pursuant to Rule 4.03 of the Local Rules of the Middle District of Florida, the undersigned Mediator reports that a Mediation Conference was held in the above-styled case on Wednesday, September 16, 2026. All required parties were present at the Mediation, and all parties participated. The Mediation resulted in a **FULL AND FINAL SETTLEMENT.**

Respectfully submitted,
/s/
H.T. Smith, Esq.
2655 Lejeune Road
Suite 552
Coral Gables, FL 33134
Office: (305) 324-1845
ht@htsmithpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2026, I electronically filed this Mediation Report with the Clerk of the Court via the CM/ECF electronic filing system. I further certify that the foregoing document was served on all counsel of record by email..

/s/
H.T. Smith