UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LINDSEY BROOKE ISAACS,

Plaintiff, CASE NO. 6:26-cv-1263

v.

TIFFANY JATEFF, individually,
and JOSHUA BUDAY, individually,

Defendants.
_______________________________/

**JOINT MOTION TO REOPEN MATTER PURSUANT TO D.E. 31 AND FOR A VOLUNTARY DISMISSAL OF MATTER WITH PREJUDICE**

Plaintiff, LINDSEY BROOKE ISAACS, (Plaintiff) and Defendants, TIFFANY JATEFF ("JATEFF"), and JOSHUA BUDAY ("BUDAY") (or collectively, "Defendants"), through their undersigned counsel, and pursuant to M.D. Fla. L.R. 3.01, Fed. R. Civ. P 41(a)(2) and D.E. 31, hereby file this Joint Motion to Reopen Matter Pursuant to D.E. 31 and for a Voluntary Dismissal with Prejudice, as follows:

1. On October 22, 2026, this matter was dismissed by the Court with leave for any party to move to re-open this action and obtain a stipulated final order. D.E. 31.

2. Pursuant to this October 22, 2026 Order, the Parties jointly and voluntarily request that the Court re-open this matter, and then issue a final order of

dismissal with prejudice of this matter with each side assuming their own attorneys' fees, costs and expenses.

**WHEREFORE**, and pursuant to the foregoing, the Parties respectfully request that this Motion be granted, the matter be reopened and then dismissed by an order of final voluntary dismissal with prejudice with each side assuming their own attorneys' fees, costs and expenses.

## LOCAL RULE 3.01(g) CERTIFICATE

Undersigned counsel certifies that counsel for Defendants conferred with counsel for Plaintiff regarding the relief requested in this Motion, and that all Parties agree on the resolution of all parts of the Motion.

**Respectfully submitted,**

Whitelock & Associates, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 463-2001
Facsimile: (954) 463-0410
Counsel for Defendants, Jateff and Buday

/s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK
Florida Bar No. 0067539

**CERTIFICATION UNDER PENALTY OF PERJURY THAT ARTIFICIAL INTELLIGENCE WAS NOT USED IN THE PREPARATION OF THIS FILING**

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure, and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK

## SERVICE LIST

David W. Brill, Esq.
Brill & Rinaldi, The Law Firm
17150 Royal Palm Blvd., Suite 2
Weston, FL 33326
e-mail: david@brillrinaldi.com
angely@brillrinaldi.com